DIANNE POLK v. CHERRY HILL APARTMENTS, INC., *ET AL.*

May 17, 1972. Petition for certification granted and cross-petition for certification denied. (See 118 *N. J. Super.* 106.)

IN THE MATTER OF ILONA MELLOR, *ET AL.*, CHARGED WITH CONTEMPT OF COURT.

May 17, 1972. Petition for certification granted as to Fair Lawn Educational Association; denied as to individual petitioners.

STATE OF NEW JERSEY v. STUART BARR, *ET. AL.*

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WALTER BROWN.

May 17, 1972. Petition for certification denied.

ANNA MARIE SHUSTOWICZ v. JERSEY CITY PRINTING COMPANY.

May 17, 1972. Petition for certification denied.

SALEGNAV, INC. v. MAYOR AND COUNCIL OF THE BOROUGH OF EAST PATERSON, *ET AL.*

May 17, 1972. Petition for certification denied.